# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JEREMY WAYNE DEBOARD                                                           PLAINTIFF

VS.                                      3:12CV00263 JTR

CAROLYN W. COLVIN, ACTING COMMISSIONER,                  DEFENDANT
SOCIAL SECURITY ADMINISTRATION

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 2nd day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE